UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Federated Mutual Insurance Company,
et al.
                Plaintiffs,
v.                                                  **ORDER**
                                                     06-CV-594S

David G. Marino
                Defendant.


Counsel has notified the court that the Defendant filed a petition for bankruptcy in the United States Bankruptcy Court for the Western District of New York. Accordingly, this case is hereby closed as stayed by the provisions of the Bankruptcy Code, 11 U.S.C. § 362(a). The case may be reopened by either party without payment of additional filing fees upon entry of an order of the bankruptcy court terminating all bankruptcy proceedings, granting relief from the stay, or as otherwise provided under 11 U.S.C. § 362 or any other applicable provision of the Bankruptcy Code.

      SO ORDERED.


Dated:  August 16, 2007
             Buffalo, New York


                                                    /s/William M. Skretny
                                                     WILLIAM M. SKRETNY
                                               United States District Judge